IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WID-DONALD PAUL,  :  <br>     Petitioner  : <br> : <br> v.  : CIVIL NO. 1:11-CV-1755 <br> : <br> STATE OF DELAWARE, *et al.*,  : <br>     Respondents  : | |

*O R D E R*

AND NOW, this 14th day of December, 2011, upon consideration of the Report and Recommendation of Magistrate Judge Mannion (Doc. 4), to which no objections have been filed, it is ORDERED that said Report (Doc. 4) is adopted.

Pursuant to Judge Mannion's Recommendation, it is further ORDERED (1) that the instant petition for a writ of habeas corpus is TRANSFERRED to the United States District Court for the District of Delaware, and (2) that Petitioner's motion to proceed *in forma pauperis* (Doc. 2) is GRANTED for purposes of these proceedings only, with a final determination on *in forma pauperis* status to be determined by the District of Delaware.

                                                  /s/ William W. Caldwell
                                                  William W. Caldwell
                                                  United States District Judge